IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| HOLMER J. JENKINS, et al., | : | Case No. 1:23-cv-320 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| PROSECUTOR STEVEN NORD, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 10) and TERMINATING CASE**

The Court has reviewed the Report and Recommendation of Magistrate Judge Karen L. Litkovitz (Doc. 10), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections to the Report have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court **ADOPTS** the Recommendation and **ORDERS** the case **DISMISSED WITHOUT PREJUDICE** for lack of prosecution for the reasons stated in the Report. The motions for leave to proceed in forma pauperis (Docs. 5, 7) and motion for bond (Doc. 9) are **DENIED** as moot. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND