IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| HOLMER J. JENKINS, | : | Case No. 1:23-cv-320 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| PROSECUTOR STEVEN NORD, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the pending Report and Recommendation of United States Magistrate Karen L. Litkovitz (Doc. 22), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 22) in its entirety.

Accordingly, for the reasons stated in the Report and Recommendation, Plaintiff Holmer Jenkins' Complaint (Doc. 15) is **DISMISSED** in its entirety. Plaintiff failed to state a claim on which relief may be granted, or the claims are frivolous. 28 U.S.C. §§ 1915A(b); 28 U.S.C. § 1915(e)(2). The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith. Plaintiff is therefore **DENIED** leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 1441 F.3d 601 (6th Cir. 1997). This matter is **TERMINATED** from the Court's docket.

2

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND